*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Alan Christopher Redmond | ) | Case No. 24−13093−pmm |
| Debtor(s). | ) | Chapter: 7 |
| | ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered September 23, 2025 and Dated September 23, 2025 by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☐ paid ☑ not paid

*Emergency Motion to Stay Pending Appeal pending in U.S. BKY. Court.

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: October 8, 2025

For The Court

Mohung Wong
Clerk of Court

---

Received Above material or record tile this day: ____________________
Civil Action No. __________________ Signature: ___________________
Miscellaneous No.__________________ Date: __________________
Assigned to Judge ______________________