No. 5:25-cv-05957-JFL

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In re ALAN C. REDMOND, Debtor.

---

ALAN C. REDMOND, Appellant,

v.

JASON SCOTT JORDAN, *ET AL.*, Appellees.

---

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

**MOTION OF APPELLEE ANDREW R. VARA,
UNITED STATES TRUSTEE FOR REGION 3,
TO STAY APPEAL IN LIGHT OF LAPSE OF APPROPRIATIONS**

---

RAMONA D. ELLIOTT
Deputy Director/General Counsel
BETH A. LEVENE
Associate General Counsel (Detail)
ANDREW W. BEYER
Trial Attorney

Department of Justice
Executive Office for
United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel.: (202) 307-1399
andrew.w.beyer@usdoj.gov

ANDREW R. VARA
United States Trustee for Region 3
FREDERIC J. BAKER
Assistant United States Trustee
MALCOLM M. BATES
Trial Attorney

Department of Justice
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Tel: (215) 597-4411
malcolm.m.bates@usdoj.gov

Appellee Andrew R. Vara, the United States Trustee for Region 3 ("United States Trustee"), files this *Motion for a Stay of Appeal in Light of Lapse of Appropriations* ("Motion"), and in support states as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys and employees, including the United States Trustee and his staff, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, through the United States Trustee, therefore requests a stay of this appeal until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department, including the United States Trustee Program. The United States Trustee requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for the United States Trustee contacted: (i) Appellant, and (ii) counsel for Appellees Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter on October 21 and 22, 2025, respectively, seeking those parties' position on this Motion. All parties have authorized counsel for the United States Trustee to state that they have no objection to this Motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States Trustee hereby moves for a stay of the above-captioned appeal until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

[*Remainder of Page Intentionally Left Blank*]

Respectfully submitted,

ANDREW R. VARA
United States Trustee for Region 3

October 22, 2025

By: *Malcolm M. Bates*
MALCOLM M. BATES
Trial Attorney

RAMONA D. ELLIOTT
Deputy Director/General Counsel
BETH A. LEVENE
Associate General Counsel (Detail)
ANDREW W. BEYER
Trial Attorney

Department of Justice
Executive Office for
United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel.: (202) 307-1399
andrew.w.beyer@usdoj.gov

ANDREW R. VARA
United States Trustee for Region 3
FREDERIC J. BAKER
Assistant United States Trustee
MALCOLM M. BATES
Trial Attorney

Department of Justice
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Tel: (215) 597-4411
malcolm.m.bates@usdoj.gov

**CERTIFICATION OF COUNSEL**
**PURSUANT TO E.D. PA. L.B.R. 8013-1(c)**

I certify that on October 21, 2025, I emailed the Appellant, Alan C. Redmond, requesting his consent to stay this appeal until Congress has restored appropriations to the Department of Justice.

I further certify that Appellant responded with an email on October 21, 2025 stating that he consented to the requested stay.

I further certify that on October 22, 2025, I emailed Joel A. Ready, counsel for Appellees Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter, requesting the Appellees' consent to stay this appeal until Congress has restored appropriations to the Department of Justice.

I further certify that Appellees, through their counsel, responded with an email on October 22, 2025 stating that the Appellees consented to the requested stay.

Dated: October 22, 2025

By: *Malcolm M. Bates*
MALCOLM M. BATES
Trial Attorney

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Bankruptcy Procedure 8015, I certify that the foregoing motion complies with the type-volume limitations because, excluding the parts of the document exempted by Federal Rule of Bankruptcy Procedure 8015(g), it contains 337 words as counted by Microsoft Word.

I further certify that the foregoing motion complies with the typeface and type style requirements because it has been prepared in a proportionally spaced typeface using Microsoft Word in Garamond 14-point font.

*Malcolm M. Bates*
MALCOLM M. BATES
Trial Attorney

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2025, I caused this brief to be served via the CM/ECF Electronic Filing system on all parties and on the following parties via the indicated method:

| | |
|---|---|
| Alan Christopher Redmond<br>2 High Road<br>Wyomissing, PA 19610<br>(Appellant *pro se*)<br>*via U.S. Mail, postage prepaid* | Joel A. Ready<br>Cornerstone Law Firm LLC<br>8500 Allentown Pike, Suite 3<br>Blandon, PA 19510<br>Joel@cornerstonelaw.us<br>(Counsel for Appellees Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter)<br>*via U.S. Mail, postage prepaid* |

*Malcolm M. Bates*
MALCOLM M. BATES
Trial Attorney