UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN CHRISTOPHER REDMOND,<br>Appellant/Debtor-in-Possess,<br><br>v.<br><br>JASON SCOTT JORDAN, *et al.*,<br>Appellees | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:25-cv-5957<br>Bank. No. 24-13093 |

**ORDER**

**AND NOW**, this 27th day of October, 2025, upon consideration of the unopposed Motion of Appellee Andrew R. Vara, United States Trustee for Region 3, to Stay Appeal in Light of Lapse in Appropriations, which states that during the shutdown the United States Trustee and his staff "are prohibited from working, even on a voluntary basis, except in very limited circumstances," **IT IS ORDERED THAT**:

1. The unopposed Motion for Stay, ECF No. 4, is **GRANTED**.

2. All deadlines are extended commensurate with the duration of the lapse of appropriations.

3. Counsel for the Trustee is directed to immediately notify this Court when the shutdown has ended or, if applicable, as soon as Congress has appropriated funds for the Department of Justice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge