UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN CHRISTOPHER REDMOND, Appellant/Debtor-in-Possess, | : | |
| v. | : | Civil No. 5:25-cv-5957<br>Bank. No. 24-13093 |
| JASON SCOTT JORDAN, *et al.*, Appellees | : | |

**ORDER**

**AND NOW**, this 13th day of November, 2025, upon consideration of the stay issued on October 27, 2025, based on the shutdown, *see* ECF No. 7; and of the Notice from the United States Trustee stating that funding has been restored; **IT IS ORDERED THAT**:

The stay entered on October 27, 2025, is **LIFTED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge